Lawrence Gottlieb, OSB #070869
Email: lgottlieb@bpmlaw.com

Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
Telephone: 206-292-9988
Facsimile: 206-343-7053

Attorneys for Plaintiff Contractors Bonding and Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KOSHER FOODS, INC., an Oregon corporation<br><br>Defendant. | NO. 3:18-cv-00626-SI<br><br>JUDGMENT IN A CIVIL ACTION |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that:

1.      Defendant Kosher Foods, Inc. is in default. The allegations in the Complaint are taken as true as to Defendant Kosher Foods, Inc., and plaintiff Contractors Bonding and Insurance Company ("CBIC") has no duty to pay, cover or indemnify defendant Kosher Foods, Inc. for losses arising from a June 1, 2017 fire at Kosher Foods' deli and store, under the terms and conditions of the CBIC commercial lines insurance policy in effect between the parties.

JUDGMENT IN A CIVIL
ACTION – NO. 3:18-cv-00626-SI – Page 1 –

2. CBIC may recover statutory costs from Defendant Kosher Foods, Inc., and shall submit a cost bill within 14 days of entry of judgment.

This matter was decided by Judge Michael H. Simon on a Motion for Default Judgment.

DATED this 5th day of November, 2018.

_____
The Honorable Michael H. Simon